# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
### Eastern Division

Rosenthal Collins Group, LLC

                              Plaintiff,

v.                                             Case No.: 1:05−cv−04088
                                                      Honorable Sharon Johnson Coleman

Trading Technologies International, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 5, 2011:

      MINUTE entry before Honorable Sharon Johnson Coleman:Motion hearing held on 5/5/2011. After reviewing the motion to clarify and the oral arguments pertaining thereto, this Court states as follows:the order of February 23, 2011 imposed sanctions against counsel for RCG. The March 9th order allowing the withdrawal of attorneys Baker, Dowell, Smith and Dowell Baker, P.C., emphasized that the February 23rd order would not be disturbed by the change in attorneys. The sanctions were, and remain, levied against counsel for RCG: Geoffrey Baker, Anthony Dowell, Geoffrey Smith and Stephen Lesavich. As to movant's specific request to exempt Attorney Smith and Attorney Dowell, that request is denied.Mailed notice(keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.