Rosenthal Collins Group, LLC
                                          Plaintiff,

v.                                                               Case No.: 1:05−cv−04088
                                                                 Honorable Sharon Johnson Coleman

Trading Technologies International, Inc.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 28, 2011:

      MINUTE entry before Honorable Susan E. Cox: Parties appeared for status hearing. Status hearing stricken. Settlement conference with attorneys held in chambers. Settlement conference set for 10/13/11 at 1:30 p.m. Due to the settlement conference being scheduled within a short date, the parties are to comply with the following regarding the exchange of settlement documents: Defendant to submit a written itemization of damages to plaintiff's counsel with a brief explanation of why such a settlement is appropriate on or before 10/3/11. A courtesy copy of this submission must be sent to the Court at the same time. Plaintiff's counsel shall submit a written offer to defendant's counsel and the Court with a brief explanation of why such a settlement is appropriate on or before 10/7/11. The settlement conference date may only be changed by the granting of a motion. Mr. Collins should attend the conference personally. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.